## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

RONALD WILSON,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　)
vs.　　　　　　　　　　　　　　　)　　No. 3:17-CV-187-C-BN
　　　　　　　　　　　　　　　　　)
CITY OF DALLAS, et al.,　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　)

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b). By separate judgment, the claims against The City of Dallas and the United States of America will be dismissed without prejudice.

SIGNED this _12th_ day of September, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE