IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RONALD WILSON, | ) |
| Plaintiff, | ) ) |
| vs. | ) No. 3:17-CV-187-C-BN |
| CITY OF DALLAS, ET AL., | ) ) ) |
| Defendants. | ) |

**JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. All claims against The City of Dallas and the United States of America are **DISMISSED** without prejudice.

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the Plaintiff.

SIGNED this 12th day of September, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE